**\*E-FILED\***
**July 27, 2006**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIMING WANG, | No. C 06-02240 RS |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, et al., | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Order Setting Initial Case Management Conference and ADR deadlines entered on March 29, 2006 in this action is hereby VACATED.

IT IS SO ORDERED.

Dated: July 27, 2006

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Colin Thomas Greene, Esq.
Email: cgreene@hanlon-greene.com

**Counsel for Defendant(s)**

Ila Casy Deiss, Esq.
Email: ila.deiss@usdoj.gov

Dated: July 27, 2006

　　　　　　　　　　　　　　　　　　　/s/ BAK
　　　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Richard Seeborg