| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143     *E-FILED 8/17/06*<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
|   | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LIMING WANG, | ) | |
| | ) | No. C 06-2240 RS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS;** |
| THE UNITED STATES CITIZENSHIP & | ) | **and [~~PROPOSED~~] ORDER** |
| IMMIGRATION SERVICES ("CIS"); | ) | |
| FRANCIS D. SICILIANO, Director of CIS | ) | |
| San Jose District Office; DR. EMILIO | ) | |
| GONZALEZ, Director, of CIS; MICHAEL | ) | |
| CHERTOFF, Secretary of the Department of | ) | |
| Homeland Security and ALBERTO R. | ) | |
| GONZALES, Attorney General of the United | ) | |
| States, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to grant such application within 14 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C06-2240 RS

Dated: August 10, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: August 16, 2006

/s/
COLIN T. GREENE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 17, 2006

RICHARD SEEBORG
United States Magistrate Judge

Stip. to Dismiss
C06-2240 RS                                2